JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jean-Christophe Doucet, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Teridian Semiconductor, Corp., a )<br>California corporation, )<br>)<br>Defendant(s). )<br>_____ ) | SACV 09-1175-JVS(RNBx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: August 6, 2010

                                                                                      _____<br>
                                                                                       James V. Selna<br>
                                                                                  United States District Judge